IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOAH LANDFRIED<br>MARIO ALLEN<br>LARRY BENAVIDES<br>DASHAWN BURLEY<br>MICHEL CERCONE<br>AHMAD FLETCHER<br>MICHAEL S. FRAWLEY<br>CHRISTOPHER GAHAGAN<br>RICHARD GEORGELOS<br>NICHOLAS GIAMMICHELE<br>ROBERT KORBE<br>PRIYANKA KUMAR<br>ROSS LANDFRIED<br>STERLING MARSHALL<br>DARREN MARTIN<br>HAROLD NOVICK<br>PAUL NUARA<br>OMARI PATTON<br>JAMES PERRY<br>JOHN RAMSEY<br>DONNELL STEWARD<br>QUOC BOA TRINH<br>ANGELO WILLIAMS<br>TERRELL WILLIAMS<br>RICHARD WOOD<br>SHAYLA YATES<br>KRYSTIAN ZARATE | Criminal No. 19-8<br><br>[UNDER SEAL] |

MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Craig W. Haller, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants NOAH LANDFRIED, MARIO ALLEN, LARRY BENAVIDES, DASHWAN BURLEY, MICHEL CERCONE, AHMAD FLETCHER, MICHAEL

S. FRAWLEY, CHRISTOPHER GAHAGAN, RICHARD GEORGELOS, NICHOLAS GIAMMICHELE, ROBERT KORBE, PRIYANKA KUMAR, ROSS LANDFRIED, STERLING MARSHALL, DARREN MARTIN, HAROLD NOVICK, PAUL NUARA, OMARI PATTON, JAMES PERRY, JOHN RAMSEY, DONNELL STEWARD, QUOC BOA TRINH, ANGELO WILLIAMS, TERRELL WILLIAMS, RICHARD WOOD, SHAYLA YATES, AND KRYSTIAN ZARATE upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendants with violating Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C); and Title 18, United States Code, Sections 1956(h) and 1952(a)(3). Recommended bond: Detention.

                Respectfully submitted,

                SCOTT W. BRADY
                United States Attorney

By:    *s/ Craig W. Haller*
        CRAIG W. HALLER
        Assistant U.S. Attorney
        PA ID No. 87714