# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| HAROLD NOVICK | CRIMINAL DOCKET NUMBER | 2:19-cr-00008-PJP-16 |
| | DATE OF INDICTMENT | 1/8/2019 |
| | STATUTE: | 21:846 |

DATE ARRESTED: 1/10/2019

## INITIAL APPEARANCE

| Before Magistrate | [ ] LENIHAN | [X] EDDY | Date: 1/10/2019 | C.D. Index 1:41 - 1:48 |
|---|---|---|---|---|
| | [ ] MITCHELL | [ ] LANZILLO | Time: | Tape Index: |
| | [ ] KELLY | [ ] PESTO | | |

U. S. ATTORNEY    Craig W. Haller

1. RIGHTS EXPLAINED

2. INDICTMENT:
   - [ ] Read   [X] Summarized   [ ] Reading waived
   - [ ] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read   [X] Summarized   [ ] Reading waived

4. COUNSEL
   - [X] Defendant requested appointment   [ ] Defendant waived appointment
   - [ ] Defendant represented by:
   - [ ] Defendant expects to retain:
   - [X] Affidavit executed.
   - [ ] Not Qualified   [X] Qualified   [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [X] CJA Panel Attorney    Lee Markovitz    appointed

5. BAIL
   - Recommended Bond: DETENTION
   - Bond Set at:
   - [ ] By Consent    Additional Conditions Imposed:
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued    [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing ~~Set For:~~ Waived. Waiver executed.

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   - Preliminary Exam/Rule 40/Arraignment set for: 1/17/2019 at 1:00pm   Before Magistrate Judge Mitchell

ADDITIONAL COMMENTS: