IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-8 |
| | ) | |
| NOAH LANDFRIED | ) | |
| MARIO ALLEN | ) | |
| LARRY BENAVIDES | ) | |
| DASHAWN BURLEY | ) | |
| MICHEL CERCONE | ) | |
| AHMAD FLETCHER | ) | |
| MICHAEL S. FRAWLEY | ) | |
| CHRISTOPHER GAHAGAN | ) | |
| RICHARD GEORGELOS | ) | |
| NICHOLAS GIAMMICHELE | ) | |
| ROBERT KORBE | ) | |
| PRIYANKA KUMAR | ) | |
| ROSS LANDFRIED | ) | |
| STERLING MARSHALL | ) | |
| DARREN MARTIN | ) | |
| HAROLD NOVICK | ) | |
| PAUL NUARA | ) | |
| OMARI PATTON | ) | |
| JAMES PERRY | ) | |
| JOHN RAMSEY | ) | |
| DONNELL STEWARD | ) | |
| QUOC BOA TRINH | ) | |
| ANGELO WILLIAMS | ) | |
| TERRELL WILLIAMS | ) | |
| RICHARD WOOD | ) | |
| SHAYLA YATES | ) | |
| KRYSTIAN ZARATE | ) | |

### ORDER

Upon consideration of the Motion to Unseal Indictment and Arrest Warrants, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the

Arrest Warrants issued pursuant to said Indictment are hereby UNSEALED.

Date: January __//__, 2019

_____
UNITED STATES MAGISTRATE JUDGE

cc:  United States Attorney