8N THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Cr. No.   19-8 |
| vs. | ) | Judge Peter J. Phipps |
|  | ) |  |
| HAROLD NOVICK        , | ) | Magistrate Judge Robert C. Mitchell |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel:   Lee Markovitz, Esquire

Government:       Craig Haller, AUSA

1. Date of Arraignment: __1/17/2019__

2. Defendant is: ____X____ incarcerated.
   _____ on bond.

3. Defendant entered a plea of __not guilty__.

4. The parties were advised that all pretrial motions must filed within forty-five (45) days.

5. A Rule 16 conference:   __✓__ has been held.
   _____ has not been held.

6. Discovery is _____ completed
   _____ not completed.

7. Defendant has requested to be tried by:
   __✓__ Jury
   _____ Non-Jury

8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   _____ has not been scheduled for trial.
   __✓__ has not been scheduled for trial, but will be notified.

9. Estimated trial length: _10 days_

10. Defendant: __✓__ has been processed by U.S. Marshal.
    _____ has not been processed by U.S. Marshal, but has been advised to be processed.

Robert C. Mitchell
United States Magistrate Judge