IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

HAROLD NOVICK

Criminal No. 19-8

[UNDER SEAL]

## ARRAIGNMENT PLEA

Defendant HAROLD NOVICK

being arraigned, pleads _NOT GUILTY_

in open Court this _17TH_ day of _JANUARY_, 20 _19_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)